# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO: 3:17cv80 |
| Approximately $77,020 in funds seized ) | |
| From Eliza Johnson at the Charlotte ) | |
| Douglas International Airport. ) | |

THIS MATTER is before the Court on the Government's motion for a stay of discovery. The Government has advised the Court that counsel for Claimant Eliza Johnson does not oppose the Government's motion. The Court finds that a stay of discovery in this case would not adversely affect either party and is warranted in light of the parties' representations.

Signed: September 15, 2017

Graham C. Mullen
United States District Judge