# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|     Plaintiff,        ) | |
| )        | |
| v.        ) | |
| )        | CIVIL ACTION NO: 3:17cv80 |
| Approximately $77,020 in funds seized        ) | |
| From Eliza Johnson at the Charlotte        ) | |
| Douglas International Airport.        ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is hereby RE-SET for July 16, 2018.

IT IS SO ORDERED.

Signed: January 10, 2018

Graham C. Mullen
United States District Judge