# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| United States of America, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:17-cv-00080-GCM |
| vs. | |
| Approximately $77,020 in Funds, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 28, 2019 Order.

February 28, 2019

_____
Frank G. Johns, Clerk
United States District Court