IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:17cv80

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| APPROXIMATELY $77,020 IN FUNDS SEIZED FROM ELISA JOHNSON AT THE CHARLOTTE DOUGLAS INTERNATIONAL AIRPORT | ) ) ) ) | |

THIS MATTER is before the Court on the United States of America's Motion for Default Judgment. A default having been entered against Defendant and counsel for the United States having now requested judgment by default all in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure, Judgment by default is rendered in favor of Plaintiff, the United States of America. The Court declares that the United States is the lawful owner of all right, title and interest in the following subject property: **approximately $27,020 in funds seized from Elisa Johnson.**

IT IS SO ORDERED.

Signed: April 4, 2019

Graham C. Mullen
United States District Judge

1